ARMIN H. MITTLEMANN et al., as Trustees, Appellants, *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.

(Argued October 21, 1936; decided November 24, 1936.)

*John Holley Clark, Jr., Thomas Keogh, E. Crosby Kindleberger* and *Herbert Stern* for appellants.

*Simon H. Rifkind* and *Sidney R. Nussenfeld* for trustees of Series F-1, *amici curiæ*.

634 .

*Olin Potter Geer* for Cornelius J. Smyth, as trustee of Series A-2, *amicus curiæ.*

*Abraham J. Halprin* for trustees of Series C-2, B-K, B-1 and C-3, *amici curiæ.*

*Elihu Root, Jr., Wilkie Bushby* and *Leo Gottlieb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; CRANE, Ch. J., taking no part.